IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GLEN BOVER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TD AMERITRADE, INC., a wholly owned subsidiary of TD AMERITRADE HOLDINGS CORPORATION, successor in interest to AMERITRADE, INC., a wholly owned subsidiary of AMERITRADE HOLDINGS CORPORATION,<br><br>　　　　　Defendant. | No. 8:07CV00402<br><br><br>**ORDER** |

THIS MATTER came before the Court upon the parties' Joint Stipulation for Dismissal with Prejudice, Filing 62, in the above matter. The Court, being fully advised, hereby finds as follows:

IT IS HEREBY ORDERED the parties' Joint Stipulation for Dismissal with Prejudice is granted and all claims asserted in the above-captioned matter are dismissed, with prejudice, each party to pay its own costs and attorneys' fees.

Dated this 1st day of May, 2009.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT


　　　　　　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge